UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON ADAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>CT, A. ZAMORA, R. GADOR, A. MILLER,<br><br>            Defendants. | Case No. 2:24-cv-00218-RFB-EJY<br><br>**ORDER** |

On January 31, 2024, Plaintiff submitted a Civil Rights Complaint.  ECF No. 1-1.  Plaintiff neither paid the $405 filing fee for a civil action nor filed an application to proceed *in forma pauperis* ("IFP"), which he must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he wishes to proceed without paying the required filing fee.  LSR 1-1 states: "[a]ny person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*.  The application **must** be made on the form provided by the court and **must** include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."  (Emphasis added).

The Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it until the matter of Plaintiff's IFP application or payment of the filing fee is resolved.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** mail Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner as well as the document entitled instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 4, 2024**, Plaintiff must either (1) file a complete application to proceed *in forma pauperis* by a non-prisoner, or (2) pay the $405 filing fee for a civil action.

IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **March 4, 2024** will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 1st day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE