UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Adams,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CT, *et al.*,<br><br>　　　　　　Defendant(s). | 2:24-cv-00218-CDS-MDC<br><br>**REPORT AND RECOMMENDATION** |

On January 31, 2024 pro se plaintiff Brandon Adams filed his Complaint (ECF No. 1-1) but did not pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). The Court ordered plaintiff to either submit an IFP application or pay the full filing fee by March 4, 2024. ECF No. 3. The Court warned plaintiff that failure to comply with its order will result in a recommendation that his action be dismissed. *Id.* at 2. To date, plaintiff has neither paid the filing fee nor filed an IFP application.

Accordingly,

**IT IS RECOMMENDED** that the case is dismissed without prejudice.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR

IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 26th day of March 2024

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge